IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BEAL, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:19-CV-155 (WLS-TQL) |
| | : | |
| JIMMY MILES, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**ORDER**

Before the Court is an Order and Recommendation from United States Magistrate Judge Thomas Q. Langstaff filed on August 9, 2021. (Doc. 253.) Therein, Judge Langstaff denies Plaintiff's recent Motions to Amend (Docs. 214 & 225) as Plaintiff has amended his Complaint numerous times and this action has been pending for more than two years, and he recommends that Plaintiff's initial motion for summary judgment (Doc. 173) be found moot as it was effectively superseded by Plaintiff's subsequent motion for summary judgment (Doc. 231). Fourteen days were provided to object to the Recommendation, and no objections have been filed.[1] Thus, the Court has reviewed the Recommendation and finds no plain error or manifest injustice therein. *See Taylor v. Pekerol*, 760 F. App'x 647, 654 (11th Cir. 2019); 28 U.S.C. § 636(b); Fed.R.Civ.P. 72.

Accordingly, upon full review and consideration of the record, the Court finds that the Recommendation (Doc. 253) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made

---

[1] The Court received a letter dated August 23, 2021 in which Beal details an attack he recently experienced in prison (Doc. 250), but Beal does not request additional time to file an objection.

1

the Order of this Court for reason of the findings made and reasons stated therein. Plaintiff's first Motion for Summary Judgment (Doc. 173) is **DENIED AS MOOT**.

    **SO ORDERED**, this 30th day of August 2021.

                                      **/s/ W. Louis Sands**
                                      **W. LOUIS SANDS, SR. JUDGE**
                                      **UNITED STATES DISTRICT COURT**