IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHRISTOPHER BEAL, | : |
|     Plaintiff, | : |
| v. | :    CASE NO.: 7:19-CV-155 (WLS-TQL) |
| Captain JIMMY MILES, *et al.*, | : |
|     Defendants. | : |

## ORDER

    Before the Court is an Order and Recommendation from the United States Magistrate Judge filed on April 14, 2022. (Doc. 295.) Therein, the magistrate judge denies several of Plaintiff's motions and recommends that Plaintiff's Motion for Preliminary Injunction requesting that Plaintiff be committed to a hospital (Doc. 180) be dismissed for lack of jurisdiction or, alternatively, denied. Fourteen days were provided to object to the Recommendation, and no objections were filed, and the time to do so has passed. Thus, the Court has reviewed the Recommendation for plain error and manifest injustice but finds none therein. *See Taylor v. Pekerol*, 760 F. App'x 647, 654 (11th Cir. 2019); 28 U.S.C. § 636(b); Fed.R.Civ.P. 72.

    Accordingly, upon full review and consideration of the record, the Court finds that the Recommendation (Doc. 295) should be, and hereby is, **ACCEPTED**, **ADOPTED**, and made the Order of this Court for reason of the findings made and reasons stated therein. Plaintiff's Motion for Preliminary Injunction (Doc. 280) is **DISMISSED** or, alternatively, **DENIED**.

    **SO ORDERED**, this <u>12th</u> day of May 2022.

                                                      <u>/s/ W. Louis Sands</u>
                                                      **W. LOUIS SANDS, SR. JUDGE**
                                                      **UNITED STATES DISTRICT COURT**