IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **CHRISTOPHER BEAL,** | : |
| **Plaintiff,** | : |
| v. | : CASE NO: 7:19-cv-155 (WLS) |
| **JIMMY MILES,** *et al.,* | : |
| **Defendants.** | : |
| _____ | |

### ORDER

Before the Court is the Response to Court Order (Doc. 357) ("Response") filed by Jason Knowles, Counsel for Defendants Jimmy Miles, LeeAnna Smith, Avery Moody, Hillary Coleman, Mark Pack, Len Gibson, Hunter Hall, and Jennifer Wolters. Mr. Knowles indicates that additional time is necessary for him to fully recover from a severe back injury sustained on December 30, 2022, and a follow up appointment is scheduled for March 1, 2023. Mr. requests that the trial of this matter be continued to the May 2023 Valdosta trial term. Having considered the Motion for Continuance (Doc. 354) and the Response and for good cause shown, the Court hereby **ORDERS** that the Motion for Continuance is **GRANTED**. The trial in the above-referenced matter is **CONTINUED** to the Valdosta Division May 2023 term and its conclusion, or as may otherwise be ordered by the Court.

**SO ORDERED**, this 31st day of January 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**
