IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **CHRISTOPHER BEAL,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | CASE NO: 7:19-cv-155 (WLS) |
| : | |
| **JIMMY MILES,** *et al.,* : | |
| : | |
| **Defendants.** : | |
| _____ : | |

**ORDER**

Before the Court is the Joint Motion for Continuance (Doc. 366) ("Motion") filed by Alfreda L. Sheppard, on behalf of Plaintiff Christopher Beal, and by Jason Knowles on behalf of Defendants Jimmy Miles, LeeAnna Smith, Hillary Coleman, Mark Pack, Len Gibson,[1] Hunter Hall, and Jennifer Wolters. The Parties request a continuance of the pretrial conference scheduled for April 11, 2023, and of the trial scheduled for the May 2023 Valdosta trial term. The continuance is requested because (1) Ms. Sheppard was appointed as Plaintiff's counsel on February 2, 2023, she has only been able to communicate with Plaintiff once due to scheduling conflicts and limitations imposed by the Georgia Department of Corrections and needs additional time to prepare for trial; (2) the Recommendation on the motion for summary judgment of Defendants Hillary Coleman and Jennifer Wolters is pending before the Court and the Parties believe that resolution of that motion may narrow the remaining issues for trial.[2]

Having considered the Motion and for good cause shown, the Court hereby **ORDERS** that the Joint Motion for Continuance (Doc. 366) is **GRANTED**. The trial in the above-referenced matter is **CONTINUED** to the Valdosta Division August 2023 term and its

---

[1] Subsequent to the filing of the parties' Joint Motion for Continuance, the Court entered an Order (Doc. 367) granting Defendant Len Gibson's Motion for Summary Judgment on April 5, 2023.

[2] The Court notes that the case was calendered for trial in the May 2023 term notwithstanding the referenced pending motion with the purpose of taking advantage of the available trial term to the extent that any claim remains triable.

conclusion, or as may otherwise be ordered by the Court. The pre-trial conference scheduled for April 11, 2023, shall be rescheduled by separate order.

**SO ORDERED**, this 6th day of April 2023.

> /s/ W. Louis Sands
> **W. LOUIS SANDS, SR. JUDGE**
> **UNITED STATES DISTRICT COURT**

2