IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **CHRISTOPHER BEAL,** | : |
| **Plaintiff,** | : |
| v. | : CASE NO: 7:19-cv-155 (WLS) |
| **JIMMY MILES,** *et al.,* | : |
| **Defendants.** | : |

## ORDER

Before the Court is the Stipulation of Dismissal with prejudice (Doc. 381) ("Stipulation") filed by counsel for the Plaintiff and signed on behalf of Plaintiff and Defendants Jimmy Miles, Mark Pack, Hunter Hall, and LeAnna Smith, by their respective counsel. The Parties stipulate to the dismissal of this action with each party to bear its own attorney's fees and costs.

Upon consideration thereof, it is hereby **ORDERED** that the Parties' Stipulation (Doc. 381) is **ACCEPTED** and **GRANTED**. The Court orders that all Plaintiffs' claims pending against Defendants are **DISMISSED**, **WITH PREJUDICE**, with each party bearing their own attorney's fees and costs.

SO ORDERED, this 15th day of August 2023.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1