IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHRISTOPHER BEAL, | * |
| Plaintiff, | * |
| v. | Case No. 7:19-cv-155 (WLS-TQL) |
| | * |
| JEREMY MILES, et al., | |
| | * |
| Defendants. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 15, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 16th day of August, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk